# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JACK EVERETT, <br> 2. CASSIE EVERETT, <br><br> Plaintiffs, <br><br> v. <br><br> 1. SHELTER MUTUAL INSURANCE COMPANY, a foreign for-profit insurance corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. CIV-17-1113-M <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SETTLEMENT

Comes Now the Plaintiffs, Jack Everett and Cassie Everett, by and through their counsel of record, who hereby give notice to the court that the parties have reached a settlement of the above captioned matter. At this time, the parties are in the process of exchanging settlement release documents and drafts. The parties respectfully request that any pending deadlines and hearing be stricken. The Plaintiffs and Defendant anticipate that a final dismissal will be filed within thirty days.

Respectfully submitted this 20th day of September, 2018.

-2-

                By:   /s/Michael McGrew
                       Michael D. McGrew, OBA # 13167
                       McGrew, McGrew & Associates
                       400 N. Walker Ave., #115
                       Oklahoma City, OK 73102
                       Telephone: (405) 235-9909
                       Facsimile: (405) 235-9929
                       E-Mail:    mcgrewslaw@yahoo.com
                       ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

     I hereby certify that on September 20, 2018, I electronically transmitted the attached document, Notice of Settlement to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Ryan Deligans
Andrew Gunn
Durbin, Larimore & Bialick
920 N. Harvey
Oklahoma City, OK 73102

**COUNSEL FOR DEFENDANT**

                                       s/Michael D. McGrew
                                       Michael D. McGrew