### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACK EVERETT and CASSIE EVERETT,  Plaintiff,  vs.  SHELTER MUTUAL INSURANCE COMPANY,  Defendant. | Case No. CIV-17-1113-M |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs, Jack Everett and Cassie Everett, by and through their attorney of record, Michael D. McGrew of the firm McGrew, McGrew & Associates, joining with Defendant, Shelter Mutual Insurance Company, by and through its attorneys of record, R. Ryan Deligans and Andrew M. Gunn, of the firm Durbin, Larimore & Bialick , and stipulate and agree that the above-captioned matter be dismissed with prejudice against the filing of a future action thereon, for the reason that the parties have entered into a compromise settlement. The parties therefore submit that this matter is concluded, pursuant to Rule 41(a)(1)(A)(ii), and respectfully request this Court to enter an administrative closing order as necessary.

*s/ Michael D. McGrew*
Michael D. McGrew, OBA# 13167
McGrew, McGrew & Associates, PC
400 N. Walker Ave., Suite 115
Oklahoma City, OK 73102
(405) 235-9909 Telephone
(405) 235-9929 Facsimile
mcgrewslaw@yahoo.com
Attorney for the Plaintiffs
*(Signed by Filing Attorney with permission of Plaintiff Attorney)*

*s/ R. Ryan Deligans*
R. Ryan Deligans, OBA #19793
Andrew M. Gunn, OBA #19470
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone:  (405) 235-9584
Facsimile:  (405) 235-0551
E-Mail: dlb@dlb.net
Attorneys for Defendant

#17752274v1<OKC> -Stip DWP 17-1113 1413.0520